IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| IN RE: | ) |
| ERIC K. BURBRIDGE and | ) BANKRUPTCY |
| MEGAN L. BURBRIDGE, | ) No. 14-71735 |
| Debtors. | ) |

**MOTION TO COMPROMISE EQUITY IN ASSETS**

Now comes MARIANN POGGE, TRUSTEE, and states as follows:

1. Among the assets of the estate are Eric Burbridge's 1/3 interest in farmland located in Pike County, Illinois and Debtors' residence located at 22 Manassas Avenue, Jacksonville, Illinois.

2. Debtors list a value of $152,650.00 for Eric Burbridge's 1/3 interest in the farmland located in Pike County. Debtors have offered the sum of $48,000.00 to compromise Eric Burbridge's 1/3 interest. This offer does not include funds Trustee has already collected from income. The Trustee believes the offer will be sufficient to pay timely filed claims against the estate of Eric Burbridge, income taxes, and administrative costs.

3. Debtors listed a value of $119,290.00 for their residence which they claim is encumbered by a mortgage lien in the amount of $71,000.00. Debtors have also claimed a $30,000.00 exemption leaving equity of $18,290.00. Debtors have offered the sum of $12,000.00 cash for the equity. The Trustee believes the offer is reasonable under the circumstances.

4. On information and belief, the funds for the compromise are coming from a relative.

Wherefore, the Trustee, Mariann Pogge, prays that she be allowed to compromise the equity in Eric Burbridge's 1/3 interest in farmland located in Pike County, Illinois for the sum of $48,000.00 and the equity in Debtors' residence located at 22 Manassas Avenue, Jacksonville, Illinois for the sum of $12,000.00.

        /s/ Mariann Pogge

Mariann Pogge
Trustee
3300 Hedley Road
Springfield, Illinois  62711
(217) 793-7412

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 27, 2015, she electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Michael J Logan
> Mariann Pogge
> Timothy E Ruppel
> U.S. Trustee

and further certifies that she sent a copy of the document by first class mail, postage prepaid, to the following:

/s/ Kim Woods Assistant to Mariann Pogge